UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

**DAVID VAN ELZEN**, individually and on behalf of all others similarly situated,

        *Plaintiff*,

v.

**REVIMEDIA, INC.,** a Delaware Corporation,

        *Defendant*.

-------------------------------------------------------X

Case No. 17-cv-02131-PGG

**MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Patrick H. Peluso, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

    I am in good standing of the bar of the State of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have attached the affidavit required by Local Rule 1.3.

                                Respectfully Submitted,

                                **David Van Elzen**, individually and on behalf of class of similarly situated individuals

Dated: June 6, 2017                By: /s/ Patrick H. Peluso

                                Patrick H. Peluso
                                Woodrow & Peluso, LLC
                                3900 E. Mexico Avenue, Suite 300
                                Denver, CO 80210
                                Phone: (720) 213-0676
                                Email: ppeluso@woodrowpeluso.com