

**SUPREME COURT**
**State of Colorado**

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Patrick Harry Peluso**

has been duly licensed and admitted to practice as an

*Attorney and Counselor at Law*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ____3rd____ day of ____November____ A.D. __2014__ and that at the date hereof the said **Patrick Harry Peluso** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ____25th____ day of ____May____ A.D. __2017__

By _____ **Christopher T. Ryan** Clerk

_____ Deputy Clerk