UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
DAVID VAN ELZEN, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

REVIMEDIA, INC., a Delaware Corporation,

    *Defendant*.
---------------------------------------------------------X

Case No. 17-cv-02131-PGG

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Patrick H. Peluso, on oath, submit the following Affidavit in support of my Motion for Admission Pro Hac Vice.

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

3. There are no disciplinary proceedings presently against me;

4. There have never been any disciplinary proceedings against me in any court.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on June 6, 2017.

Dated: June 6, 2017

By: /s/ Patrick H. Peluso

Patrick H. Peluso
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0676
Email: ppeluso@woodrowpeluso.com